McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-07-0361 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: November 13, 2007 |
| ALVIN VALENTINE, ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the appearance currently set for September 24, 2007, be vacated and reset for a status hearing on November 13, 2007, at 10:00 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek its resolution. Discovery has been provided to the defendant and the

1

appearance on September 24 would have been his initial appearance before the District Court.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for November 13, 2007 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: September 19, 2007         /s/ Philip A. Ferrari for
                                  MICHAEL BIGELOW, ESQ.
                                  Attorney for Defendant


DATED: September 19, 2007         McGREGOR W. SCOTT
                                  United States Attorney

                              By: /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

DATED: September 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE