**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Alvin Valentine

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CR-0361 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | Date: April 21, 2008 |
| ) | Time: 10:00 AM |
| ALVIN VALENTINE, ) | |
| Defendant ) | |

It is hereby stipulated by all parties that the status conference in this matter is continued to April 21, 2008. This continuance is required because of ongoing investigation by both the government and defense counsel and in order to conduct further negotiations to resolve this matter short of trial

I declare under penalty of perjury that the foregoing is true and correct.

DATED January 24, 2008,       Respectfully submitted,


                              /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant, Valentine

-1-

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case be continued **Monday, April 21, 2008 at 10:00 AM**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through April 21, 2008, for attorney preparation and continuity of counsel and in the interest of justice and for further opportunity to negotiate a resolution short of trial.

/S/ PHIL FARRARI, Esq.                    January 24, 2008
Phil Farrari,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.           January 24, 2008
Michael B. Bigelow
Counsel for Janelle Miller


**IT IS SO ORDERED.**

**DATED: January 24, 2008**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE