McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. 2:07-cr-0361 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: July 21, 2008 |
| ALVIN VALENTINE, ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for April 21, 2008, be vacated and reset for a status hearing on July 21, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and

1

they continue.  The parties anticipate that at the next appearance, they will be in a position to advise the Court of the nature of the expected resolution.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for July 21, 2008 pursuant to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 18, 2008        /s/ Philip A. Ferrari for
                             MICHAEL BIGELOW, ESQ.
                             Attorney for Defendant


DATED: April 18, 2008        McGREGOR W. SCOTT
                             United States Attorney


                         By:  /s/ Philip A. Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: April 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE