```
McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-07-0361 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: September 22, 2008 |
| ALVIN VALENTINE, ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for July 21, 2008, be vacated and reset for a status hearing on September 22, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and

1

they continue.

  Speedy trial time is to be excluded from the date of this order through the date of the hearing set for September 22, 2008 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: July 17, 2008              /s/ Philip A. Ferrari for
                                  MICHAEL BIGELOW, ESQ.
                                  Attorney for Defendant


DATED: July 17, 2008              McGREGOR W. SCOTT
                                  United States Attorney


                             By:  /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

```
DATED: July 17, 2008              _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
```