McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-07-0361 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| | Date: November 10, 2008 |
| ALVIN VALENTINE, | Time: 10:00 a.m. |
| | Hon. Frank C. Damrell, Jr. |
| Defendant. | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for September 22, 2008, be vacated and reset for a status hearing on November 10, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case.  These efforts have been ongoing since the case was filed, and

1  they continue.

2     Speedy trial time is to be excluded from the date of this order
3  through the date of the hearing set for November 10, 2008 pursuant
4  to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
5  Code T4).

6  DATED: September 18, 2008          /s/ Philip A. Ferrari for
                                      MICHAEL BIGELOW, ESQ.
7                                     Attorney for Defendant

8

9  DATED: September 18, 2008          McGREGOR W. SCOTT
                                      United States Attorney
10

11                                By: /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
12                                    Assistant U.S. Attorney

13

14

15     **IT IS SO ORDERED.**

16
   DATED: September 18, 2008       _____
17                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE