```
1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-07-0361 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: December 15, 2008 |
| ALVIN VALENTINE, ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for November 10, 2008, be vacated and reset for a status hearing on December 15, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and

1

they continue.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for December 15, 2008 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: November 6, 2008           /s/ Philip A. Ferrari for
                                  MICHAEL BIGELOW, ESQ.
                                  Attorney for Defendant


DATED: November 6, 2008           McGREGOR W. SCOTT
                                  United States Attorney

                             By:  /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

DATED: November 6, 2008           _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE