1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )    Case. No. CR-S-07-0361 FCD
                                   )
14              Plaintiff,         )
                                   )    STIPULATION AND ORDER
15                                 )
        v.                         )
16                                 )    Date: April 27, 2009
    ALVIN VALENTINE,               )    Time: 10:00 a.m.
17                                 )    Hon. Frank C. Damrell, Jr.
                Defendant.         )
18                                 )
19  _____)

20

21       It is hereby stipulated by and between the United States of

22  America through Philip Ferrari, Assistant United States Attorney,

23  and defendant Alvin Valentine, by and through his counsel, Michael

24  Bigelow, Esq., that the status conference currently set for December

25  15, 2008, be vacated and reset for a status hearing on April 27,

26  2009, at 10:00 a.m.

27       The continuance is being requested because the parties need

28  more time to conclude the work that they are doing to resolve this

    case.  These efforts have been ongoing since the case was filed, and

                                    1

they continue.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for April 27, 2009 pursuant to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 12, 2008          /s/ Philip A. Ferrari for
                                  MICHAEL BIGELOW, ESQ.
                                  Attorney for Defendant


DATED: December 12, 2008          McGREGOR W. SCOTT
                                  United States Attorney


                             By:  /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney




**IT IS SO ORDERED.**


DATED: December 12, 2008          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE