```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-07-0361 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: July 27, 2009 |
| ALVIN VALENTINE, | ) | Time: 10:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for April 27, 2009, be vacated and reset for a status hearing on July 27, 2009, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and

1

they continue.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for July 27, 2009 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 22, 2009   /s/ Philip A. Ferrari for
MICHAEL BIGELOW, ESQ.
Attorney for Defendant


DATED: April 22, 2009   LAWRENCE G. BROWN
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: April 22, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE