**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Alvin Valentine

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-07-361 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| | Date: October 5, 2009 |
| | Time: 10:00 AM |
| ALVIN VALENTINE, | Judge Frank C. Damrell, Jr. |
| Defendant | |

It is hereby stipulated by all parties that the status conference in this matter is continued to October 5, 2009. This continuance is required because of ongoing investigation by both the government and defense counsel and in order to conduct further negotiations to resolve this matter short of trial

I declare under penalty of perjury that the foregoing is true and correct.

DATED July 24, 2009,                Respectfully submitted,


                                    /S/MICHAEL B. BIGELOW
                                    Michael B. Bigelow
                                    Attorney for Defendant

-1-

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case be continued **Monday, October 5, 2009 at 10:00 A.M.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through October 5, 2009, for attorney preparation and continuity of counsel and in the interest of justice and for further opportunity to negotiate a resolution short of trial.

/S/ PHIL FARRARI, Esq.                    July 24, 2009
Phil Farrari,
Assistant United States Attorney
Counsel the United States


/S/ MICHAEL BRADY BIGELOW, Esq.            July 24, 2009
Michael B. Bigelow
Counsel for Alvin Valentine


**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE