1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR. S-07-0361 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: November 16, 2009 |
| ALVIN VALENTINE, | ) | Time: 10:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for October 5, 2009, be vacated and reset for a status hearing / possible change of plea on November 16, 2009, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and

1

they continue.

    Speedy trial time is to be excluded from the date of this order through the date of the hearing set for November 16, 2009 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 2, 2009        /s/ Philip A. Ferrari for
MICHAEL BIGELOW, ESQ.
Attorney for Defendant

DATED: October 2, 2009        LAWRENCE G. BROWN
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: October 2, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE