1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR.S-07-0361 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: January 11, 2010 |
| ALVIN VALENTINE, | ) | Time: 10:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for November 16, 2009, be vacated and reset for January 11, 2010, at 10:00 a.m.

The continuance is being requested because the parties need more time to conclude the work that they are doing to resolve this case. These efforts have been ongoing since the case was filed, and they continue.

1

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the hearing set for January 11, 2010 pursuant to
3 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local
4 Code T4).

DATED: November 12, 2009         /s/ Philip A. Ferrari for
                                 MICHAEL BIGELOW, ESQ.
                                 Attorney for Defendant


DATED: November 12, 2009         BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney



**IT IS SO ORDERED.**


DATED: November 12, 2009         _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

2