BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-07-0361 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date: January 25, 2010 |
| ALVIN VALENTINE, ) | Time: 10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Alvin Valentine, by and through his counsel, Michael Bigelow, Esq., that the status conference currently set for January 11, 2010, be vacated and reset for January 25, 2010, at 10:00 a.m.

This two week continuance is being requested to accommodate counsel's schedule. The parties anticipate that the defendant will enter a change of plea on January 25, and will forward a copy of the proposed plea agreement to the Court as the date approaches.

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the hearing set for January 25, 2010 pursuant to

3  18 U.S.C.  3161(h)(7)(B)(iv) [reasonable time to prepare] (Local

4  Code T4).

5  DATED: January 5, 2010          /s/ Philip A. Ferrari for
                                   MICHAEL BIGELOW, ESQ.
6                                  Attorney for Defendant

7

8  DATED: January 5, 2010          BENJAMIN B. WAGNER
                                   United States Attorney
9

10                           By:  /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
11                                Assistant U.S. Attorney

12

13         **IT IS SO ORDERED.**

14

15

16  DATED: January 6, 2010

    FRANK C. DAMRELL, JR.
17      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28