1 | BENJAMIN B. WAGNER
United States Attorney
2 | PHILIP A. FERRARI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2744

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,    )      Case. No. CR-S-07-361 GEB
                                )
13 |             Plaintiff,   )
                                  )      STIPULATION RE: CONTINUANCE OF
14 |                            )      HEARING ON JUDGMENT AND
    v.                       )      SENTENCE
15 |                                   )
ALVIN VALENTINE,               )
16 |                                   )      Date: February 10, 2012
           Defendant.   )      Time: 9:00 a.m.
17 |                                   )      Hon. Garland E. Burrell, Jr.
                                  )
18 | _____)

19

20        It is hereby stipulated by and between the United States of

America through Philip Ferrari, Assistant United States Attorney,
21
and defendant Alvin Valentine, by and through his counsel, Michael
22
Bigelow, Esq., that the hearing on Judgment and Sentence currently
23
set for January 13, 2012, be vacated and reset for February 10, 2012
24
at 9:00 a.m.  Mr. Valentine entered his guilty plea pursuant to an
25
agreement which contemplates the provision of substantial assistance
26
to the government, and he is still engaged in that effort.
27
DATED: January 11, 2012          /s/ Philip A. Ferrari for
28 |                                      MICHAEL BIGELOW, ESQ.
                                     Attorney for Defendant

1

1 DATED: January 11, 2012                    BENJAMIN B. WAGNER
                                             United States Attorney
2

3                                       By:  /s/ Philip A. Ferrari
                                             PHILIP A. FERRARI
4                                            Assistant U.S. Attorney

5
  IT IS SO ORDERED.
6
  Dated:  January 12, 2012
7

8

9   GARLAND E. BURRELL, JR.
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2